In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00135-CV


______________________________




RAMONA BROOKS, INDIVIDUALLY AND AS


ADMINISTRATOR OF THE ESTATE OF SALLY MAE BROOKS,

AND JESSE L. BROOKS, AS NEXT FRIEND OF LAQUISHA BROOKS,

A MINOR, Appellants


V.



THE CITY OF GLADEWATER, Appellee




 


On Appeal from the 124th Judicial District Court


Gregg County, Texas


Trial Court No. 2001-236B-1




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Appellants, Ramona Brooks, Individually and as administrator of the estate of Sally Mae
Brooks, and Jesse L. Brooks, as next friend of LaQuisha Brooks, a minor, and the City of
Gladewater, appellee, have filed an agreed motion to dismiss this appeal with prejudice, and with
each party bearing its own costs.

 Pursuant to Tex. R. App. P. 42.1, their motion is granted.

 The appeal is dismissed.


 

 Jack Carter

 Justice


Date Submitted: March 18, 2003

Date Decided: March 19, 2003